United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 9, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60578
Conference Calendar
_____

BRIAN A. YOUNG,

                                        Plaintiff-Appellant,

versus

SHELIA JENKINS, Homicide Detective,
in her individual and official capacity,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:03-CV-22-GR
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Brian Young, Mississippi prisoner No. L0787, moves this

court to appoint appellate counsel.  The motion is denied.  Young

has appealed the dismissal of his in forma pauperis (IFP) civil

rights complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The

district court held that Young's complaint failed to state a

claim on which relief may be granted because his claims are

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

barred by the doctrine of by <u>Heck v. Humphrey</u>.[**] Young has failed to show that the district court erred in determining that a judgment in Young's favor would necessarily implicate the validity of his conviction and sentence. Accordingly, we affirm the dismissal of the complaint.

The district court's dismissal of the complaint and this court's affirmance of the dismissal count as one strike against Young for purposes of 28 U.S.C. § 1915(g). See <u>Adepegba v. Hammons</u>, 103 F.3d 383, 387-88 (5th Cir. 1996). Young is warned that, should he accumulate three strikes, he will be barred from proceeding IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

AFFIRMED; MOTION FOR APPOINTMENT OF COUNSEL DENIED; SANCTIONS WARNING ISSUED.

---

[**] 512 U.S. 477, 487 (1994).